UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 22-1131 FMO (JDEx) | Date | July 17, 2024 |
|---|---|---|---|
| Title | Diana Holt v. Reliance Life Insurance Co. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**      **(In Chambers) Order to Show Cause Re: Sanctions**

Pursuant to the Court's Order of June 10, 2024, (Dkt. 37), defendant was required to serve plaintiff with the certified administrative record no later than July 8, 2024, and to electronically file a notice of service with the court.  (See id. at 2).  Defendant was also ordered to lodge with the court an electronic copy of the administrative record, and to file a notice of lodging with the court. (See id.).  As of the filing date of this Order, defendant has not filed a notice of service or notice of lodging.  (See, generally, Dkt.).

Accordingly, IT IS ORDERED THAT defendant shall show cause on or before **July 22, 2024**, why sanctions should not be imposed for failure to comply with the Court's Order of June 10, 2024 (Dkt. 37).  **Failure to submit a written response by the date set forth above shall result in the imposition of sanctions**.  The order to show cause shall be deemed vacated in the event defendant serves and lodges the administrative record, as well as a notice of service and notice of lodging.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |