JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HOLT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 8:22-cv-01131-FMO-JDE<br><br>**ORDER GRANTING STIPULATION [52] FOR DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

Dated:  March 21, 2025

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Honorable Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge